**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00060-CV**
_____

**CRISTY WEST, Appellant**

**V.**

**JIMMIE WARD, Appellee**

_____

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-12-18872-CV**

_____

**MEMORANDUM OPINION**

Cristy West, Appellant, filed a notice of appeal on February 15, 2024, from a judgment denying an informal marriage. Despite written notice from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellant did not respond to the Court's notice.

1

Appellant did not file a statement of inability to pay costs and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 24, 2024
Opinion Delivered April 25, 2024

Before Golemon, C.J., Johnson and Wright, JJ.